UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 11-11611-GAO

THOMAS E. PEREZ, Secretary of Labor,
United States Department of Labor,
Plaintiff,

v.

N. TERRY FAYAD, D.M.D., P.C., and
N. TERRY FAYAD, D.M.D., INDIVIDUALLY,
Defendants.

ORDER
March 31, 2015

O'TOOLE, D.J.

In light of this Court's Findings of Fact, Conclusions of Law, and Order for Judgment entered this day, March 31, 2015, the Secretary's Motions in Limine (dkt. nos. 119, 121, 123) are TERMINATED. The defendants' Motion for Leave to File Replies (dkt. no. 149) is GRANTED *nunc pro tunc*, as it appears those replies were already filed on the docket. The plaintiff's Motion for Clarification or Reconsideration of the Court's Ruling Granting Defendants' Motion in Limine to Preclude Plaintiff from Seeking Back Pay Damages after December 31, 2011 (dkt. no. 153) is DENIED in light of the Findings of Fact, Conclusions of Law, and Order for Judgment, which awards back wages up to that date. The defendants' Motion for Taxation of Expedited Transcript Costs (dkt. no. 161) is DENIED.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge