UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 11-11611-GAO

THOMAS E. PEREZ, Secretary of Labor,
United States Department of Labor,
Plaintiff,

v.

N. TERRY FAYAD, D.M.D., P.C., and
N. TERRY FAYAD, D.M.D., INDIVIDUALLY,
Defendants.

JUDGMENT
March 31, 2015

O'TOOLE, D.J.

This action came to trial before the Court. The issues have been tried and a decision has been rendered against the defendants.

The defendants and their agents, servants, and employees are enjoined from violating the provisions of section 11(c) of the Occupational Safety and Health Act of 1970, 29 U.S.C. § 651 *et seq*. The defendants are directed to post a notice to their employees stating that the defendants will not in any way discriminate against employees for activities protected by the Act.

Defendant Fayad, P.C. is ordered to pay back wages in the amount of $51,644.80.

Compensatory damages are assessed in the amount of $33,450.26, jointly and severally against both defendants. Post-judgment interest will apply as provided by law.[1]

Judgment is entered for the plaintiff.

/s/ George A. O'Toole, Jr.
United States District Judge

---

[1] NOTE: The post-judgment interest rate effective this date is 0.26%.